02-11-232-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

NO. 02-11-00232-CR

 

 


 
 
 LONNIE DEAN CODY, JR.
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 THE
 STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

Appellant Lonnie Dean Cody, Jr.
attempts to appeal from his conviction for unlawful possession of a firearm.  However,
the trial court’s certification of his right to appeal states that “the
defendant has waived the right of appeal.”

On July 6, 2011, this court notified appellant
about the statement on the trial court’s certification and informed him that
unless he or any party desiring to continue to the appeal filed with the court,
on or before July 18, 2011, a response showing grounds for continuing the
appeal, the appeal may be dismissed.  See Tex. R. App. P. 25.2(d),
44.3.  We have received no response.  Therefore, we dismiss the appeal.  See
Tex. R. App. P. 25.2(d), 43.2(f).

 

                                                                             PER
CURIAM

 

 

PANEL:  MCCOY, MEIER, and GABRIEL,
JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  November 3, 2011









[1]See
Tex. R. App. P. 47.4.